Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 05/10/12



# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 10-05456-KML |
| | : | |
| BOBBY JOE PARROTT, | : | |
| FAITH LOUISE PARROTT, | : | CHAPTER 13 |
|     Debtors | : | |
| ------------------------------------- | --- | ----------------------------------- |
| BOBBY JOE PARROTT, | : | |
| FAITH LOUISE PARROTT, | : | |
|     Plaintiffs, | : | |
| | : | ADV. PRO. No.: 12-90006-KML |
| vs. | : | |
| | : | |
| BANK OF AMERICA, N.A., | : | |
|     Defendant. | : | |

## AGREED ORDER DISMISSING ADVERSARY

    Come now the parties in the above described proceeding and hereby agree to dismiss this adversary proceeding with prejudice. This matter was scheduled to be heard on May 9, 2012 continued from March 26, 2012 upon the Plaintiff's Complaint. As evidenced by the signatures of their respective counsel below, the parties agree and represent to this Honorable Court that the underlying dispute between the parties has been resolved by a private settlement agreement.

Accordingly, the parties agree to voluntarily dismiss Adversary Case No. 12-90006, commenced January 5, 2012, with prejudice, in contemplation of an allowed secured claim being filed.

    IT IS SO ORDERED.

> THIS ORDER WAS SIGNED AND ENTERED
> ELECTRONICALLY AS INDICATED
> AT THE TOP OF THE FIRST PAGE.

APPROVED BY:


/s/ Scott D. Wilson with express permission
Scott D. Wilson
Attorney for Plaintiffs
TN BPR No. _____
405 1/2 A 31st Ave. N.
Nashville, TN 37209
(615) 297-2400
wilsonlgl@hotmail.com


/s/ Natalie Brown
Natalie Brown
Attorney for Defendant
TN BPR No. 022452
Rubin Lublin Suarez Serrano TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com

DISTRIBUTION LIST

SCOTT D WILSON
405 1/2A 31ST AVE NORTH
NASHVILLE, TN 37209

Natalie Brown, Esq.
Rubin Lublin Suarez Serrano TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.